GALINA KLETSER JAKOBSON (6708)
SELMAN BREITMAN LLP
3993 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
Telephone: (702) 228-7717
Facsimile: (702) 228-8824
E-mail: gjakobson@selmanbreitman.com

Attorneys for Plaintiff
ASSURANCE COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ASSURANCE COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ILLINOIS UNION INSURANCE COMPANY, LEXINGTON INSURANCE COMPANY and DOES 1 to 100, inclusive,<br><br>Defendants. | CASE NO. 2:13-cv-00408<br><br>PLAINTIFF ASSURANCE COMPANY OF AMERICA'S VOLUNTARY DISMISSAL OF COMPLAINT AND FIRST AMENDED COMPLAINT |

## PLAINTIFF'S VOLUNTARY DISMISSAL OF COMPLAINT AND FIRST AMENDED COMPLAINT

COMES NOW, the Plaintiff ASSURANCE COMPANY OF AMERICA, by and through its counsel, Galina Kletser Jakobson of Selman Breitman LLP, and hereby pursuant to the provisions of FRCP Rule 41(a)(1)(A)(i) provides notice of the Plaintiff's voluntary dismissal of the Complaint and First Amended Complaint filed in this matter.

///

///

///

///

1    This Notice of Dismissal is in accordance with the provisions of the Rule cited above in
2 that this Notice is being provided prior to the service of an Answer and/or Motion for Summary
3 Judgment by the adverse parties.
4 DATED: May 9, 2013             SELMAN BREITMAN LLP

By: /s/ Galina Kletser Jakobson
    GALINA KLETSER JAKOBSON
    NEVADA BAR NO 6708
    SELMAN BREITMAN LLP
    3993 Howard Hughes Pkwy. Suite 200
    Las Vegas, Nevada   89169-5952
    Attorneys for Plaintiff
    Assurance Company of America

87684.1  465.29549

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of SELMAN BREITMAN LLP and, pursuant to:

☒ **BY MAIL:** F.R.C.P. 5(b)(2)(C), I deposited for first class United States mailing, postage prepaid, at Las Vegas, Nevada; or

☐ **BY FAX:** E.D.C.R. 7.26(a), I served via facsimile; or

☐ **BY MAIL AND FAX:** N.R.C.P. 5(b) and E.D.C.R. 7.26(a), I deposited for first class United States mailing, postage prepaid, at Las Vegas, Nevada, and served via facsimile; or

☐ **BY E-MAIL/ELECTRONIC SERVICE:** N.R.C.P. 5(b)(2)(D) and addressee(s) having consented to electronic service, I served via e-mail or other electronic means to the e-mail address(es) of the addressee(s).

a true and correct copy of the above and foregoing PLAINTIFF ASSURANCE COMPANY OF AMERICA'S VOLUNTARY DISMISSAL OF COMPLAINT, this 9 day of May, 2013, addressed as follows:

Illinois Union Insurance Company            Defendant
436 Walnut Street WA04K
Philadelphia, PA 19106

Lexington Insurance Company                 Defendant
175 Water Street, FL18
New York, NY 10038-4976

_____
CRYSTAL MARTIN
An Employee of SELMAN BREITMAN LLP